1  Carolee A. Hoover (SBN 282018)
   choover@reedsmith.com
2  Kerry K. Galusha (SBN 272831)
   kgalusha@reedsmith.com
3  REED SMITH LLP
   101 Second Street
4  Suite 1800
   San Francisco, CA  94105-3659
5  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
6
   Attorneys for Defendant
7  Bank of America, N.A., Countrywide
   Home Loans, Inc. (erroneously sued as
8  "BAC Home Loans Servicing, LP, f/k/a
   Countrywide Home Loans, Inc."), and
9  ReconTrust Company, N.A.

10                UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                  LOS ANGELES DIVISION

13  Zorik Pirijanian,                      No.: CV 12-2903-DMG (VBKx)

14                      Plaintiff,          **ORDER TO DISMISS ACTION
                                            WITH PREJUDICE [34]**
15          vs.

16  BANK OF AMERICA, N.A., a Delaware
    Corporation; BAC HOME LOANS
17  SERVICING, LP., f/k/a COUNTRYWIDE
    HOME LOANS, INC., ("Bank of
18  America"); RECONTRUST COMPANY
    N.A., a Delaware Corporation; and DOES
19  1 THROUGH 10 INCLUSIVE,

20                      Defendants.

21

22

23

24

25

26

27

28

No.: CV 12-02903-DMG (VBKx)        – 1 –

[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Good cause appearing and pursuant to the Joint Stipulation to Dismiss Action

2  with Prejudice of the Parties, IT IS HEREBY ORDERED as follows:

3    All causes of action in the above-captioned matter are dismissed with prejudice

4  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).   The parties are to bear

5  their own costs and attorney's fees.

6

7  DATED:  August 30, 2013                    _____

8                                             DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE